IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| NE'TOSHA BURDETTE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>FUBOTV INC.,<br>    Defendant. | Case No. 1:23-cv-10351<br><br>District Judge Harry Leinenweber |

## FUBOTV, INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying memorandum of law, Defendant fuboTV, Inc. hereby moves this Court to dismiss the Complaint, ECF No. 1-2, with prejudice for failure to state a claim upon which relief can be granted.

WHEREFORE, fuboTV, Inc. respectfully requests that this Court dismiss the Complaint with prejudice under Rule 12(b)(6) for failure to state a claim.

Dated: November 3, 2023

    Respectfully submitted,

    */s/ Kathryn K. George*
    Kathryn K. George, one of the Attorneys for
    Defendant fuboTV, Inc.

    Robert C. Collins III (Illinois Bar No. 6304674)
      robert.collins@lw.com
    Kathryn K. George (Illinois Bar No. 6306004)
      kathryn.george@lw.com
    LATHAM & WATKINS LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, Illinois 60611
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Kathryn K. George, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, by operation of the Court's CM/ECF system, on November 3, 2023.

Eugene Y. Turin
Jordan R. Frysinger
MCGUIRE LAW, P.C. (Firm ID: 56618)
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com
jfrysinger@mcgpc.com


Dated:  November 3, 2023

/s/ *Kathryn K. George*
Kathryn K. George, One of the Attorneys for Defendant fuboTV, Inc.

Kathryn K. George (Illinois Bar No. 6306004)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:    kathryn.george@lw.com