## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ne'Tosha Burdette

                Plaintiff,

v.                                   Case No.: 1:23−cv−10351

                                          Honorable Matthew F. Kennelly

fuboTV, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 14, 2024:

        MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The Court respectfully declines to set a bifurcated discovery schedule primarily because the line between class discovery and the rest of discovery is unclear. The Court sets the following discovery and pretrial schedule. Rule 26(a)(1) disclosures are to be made by 10/11/2024. The deadline for amending the pleadings and adding parties is 3/31/2025. Fact discovery is to be completed by 6/13/2025. Rule 26(a)(2) disclosures are to be made by plaintiff by 7/14/2025 and by defendant by 8/13/2025. Expert depositions are to be completed by 9/12/2025. The deadline for filing a motion for class certification is 10/30/2025. The deadline for filing dispositive motions is 45 days after issuance of a ruling on the motion for class certification or, if none is filed, 45 days after the deadline for completing expert depositions. The telephonic status hearing set for 9/13/2024 is vacated and reset to 11/26/2024 at 9:10 AM, using call−in number 650−479−3207, access code 2305−915−8927. A joint status report regarding the progress of discovery and settlement discussions is to be filed on 11/19/2024. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.