# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Ne'Tosha Burdette

                Plaintiff,

v.                                                      Case No.: 1:23−cv−10351

                                                              Honorable Matthew F. Kennelly

fuboTV, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The telephonic status hearing set for 10/16/2024 (and any other telephonic status hearing previously set) are vacated. A telephonic status / preliminary settlement approval hearing is set for 12/9/2024 at 9:10 AM, using call−in number 650−479−3207, access code 2305−915−8729. The stay previously allowed is extended through that date. The deadline for filing a motion for preliminary settlement approval is 12/5/2024. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.