NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NE'TOSHA BURDETTE, individually and on behalf of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>FUBOTV INC., a New York corporation,<br><br>*Defendant.* | No. 23-cv-10351<br><br>Hon. Matthew F. Kennelly |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff NE'TOSHA BURDETTE and Defendant FUBOTV INC., through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANT |
|---|---|
| NE'TOSHA BURDETTE | FUBOTV INC. |
| By: /s/ *Eugene Y. Turin*<br>One of her attorneys | By: /s/ *Kathryn K. George (with consent)*<br>One of its attorneys |
| Evan M. Meyers<br>Eugene Y. Turin<br>Jordan R. Frysinger<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>eturin@mcgpc.com<br>jfrysinger@mcgpc.com | Robert C. Collins III (Bar No. 6304674)<br>Kathryn K. George (Bar No. 6306004)<br>LATHAM & WATKINS, LLP<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876-7700<br>robert.collins@lw.com<br>kathryn.george@lw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024 I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Eugene Y. Turin*